# EXHIBIT B

Ehrman, John (MR # 040657819)

## Bone & Joint Clinic of Houston
17183 I-45 South
Suite 210
THE WOODLANDS TX 77385-3313

Dept: 936-321-8000  Fax: 936-271-0122  Sched:

**Org Code:**

Patient Name: **Ehrman, John**
MRN: 040657819
Account No.:
DOB: 4/1/1957                Sex: Male                Patient Class: Outpatient

Exam: **XR Ankle 3+ Vw Left**
Date of Service: 7/11/2018
Acc: IM27431409

Signs and Symptoms:
Bone pain, ankle

Order Diagnosis:
Left ankle pain, unspecified chronicity

Requesting Provider: Marc R. Labbe, MD
Attending Provider: Marc R. Labbe

## Imaging Result

AP, lateral, and oblique views of the left ankle show evidence of a calcaneus fracture. The subtalar joint appears to have some displacement. The previous distal fibular fracture is intact with in place hardware. The surrounding soft tissues are swollen.

Signed By: Marc R. Labbe, MD on 7/11/2018  4:35 PM